United States Courts
Southern District of Texas
FILED
June 03, 2020
David J. Bradley, Clerk of Court

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-20374

D.C. Docket No. 4:15-CV-498

United States Court of Appeals
Fifth Circuit
**FILED**
May 12, 2020
Lyle W. Cayce
Clerk

BEVERLY HAWKINS,

    Plaintiff - Appellant

v.

AT&T; SOUTHWESTERN BELL TELEPHONE COMPANY,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas

Before CLEMENT, ELROD, and DUNCAN, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed, reverse and remand to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.



Certified as a true copy and issued
as the mandate on Jun 03, 2020

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 03, 2020

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 18-20374    Beverly Hawkins v. AT&T, et al  
                            USDC No. 4:15-CV-498

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Shawn D. Henderson, Deputy Clerk  
                        504-310-7668

cc:  
    Ms. Shauna Johnson Clark  
    Ms. Helen Mary Daniel  
    Ms. Joy Michele Soloway  
    Mrs. Kathryn Young Williams